THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* R. J. JOHNSON, Defendant-Appellant.

(No. 59201;

First District (3rd Division)—March 21, 1974.

PER CURIAM.
MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Ira Churgin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Thomas A. Mauet, and Timothy John Lee, Assistant State's Attorneys, of counsel), for the People.